# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| ALMA D. ADDISON AND TERRANCE ADDISON, EXECUTORS OF THE ESTATE OF JOSEPH ADDISON, DECEASED, | ) ) ) ) ) | CIVIL ACTION NO. |
| Petitioners | ) ) | |
| vs. | ) ) | |
| KAREN DICKERSON, | ) ) | |
| Defendant | ) | |
| DEPARTMENT OF THE TREASURY, THE INTERNAL REVENUE SERVICE AND THE UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) ) | INTERPLEADER |
| Respondents | ) | |

## PETITION FOR INTERPLEADER

Now Comes Alma D. Addison and Terrance Addison, the duly appointed and acting Executors of the Last Will and Testament of Joseph Addison, deceased, late of Chatham County, Georgia, pursuant to 28 U.S.C Section 1335 and files this Interpleader Action for the payment of excess proceeds from a non-judicial foreclosure sale in the amount of Forty Thousand Nine Hundred Thirteen and 13/100 ($40,913.13) Dollars into the registry of this Court. Karen Dickerson was the owner of the foreclosed property. Plaintiffs show to this Court the following:

## PART I. – PARTIES, JURISDICTION AND VENUE

1.

Karen Dickerson is domiciled in Chatham County, Georgia but is currently incarcerated and in federal custody by virtue of a prison sentence imposed by the Court in Case Number 4:19-CR-00072-1. However, the said Karen Dickerson is presently incarcerated in the federal penitentiary located at 11070 Highway 14, Aliceville, Alabama 35422, to the best of Plaintiffs knowledge and belief.

2.

The United States Department of the Treasury, the Internal Revenue Service, is a party to the proceeding by virtue of two (2) Notices of Federal Tax Liens. Said liens are recorded in the land records of Chatham County, Georgia as found in the Office of the Clerk of Superior Court of Chatham County, Georgia in Federal Tax Lien Book 801, Page 107 and Book 804 page 173. Said liens were filed for unpaid 1040 taxes. Copies of said liens are attached hereto as a composite Exhibit "A".

3.

The United States Department of Justice is a party to this action by virtue of judgment against Karen Dickerson for civil fines and restitution that was assessed on August 25, 2021. Said judgement is recorded in the Office of the Clerk of Superior Court of Chatham County, Georgia in Lien Book 835, Page 678. A copy of said lien is attached hereto and marked as Exhibit "B". By virtue of the recorded liens, Plaintiffs are unsure which party the excess proceeds should be paid to.

## PART II – FACTS

4.

Petitioners incorporate herein by reference each and every allegation set forth in paragraphs 1 through 3 of this complaint as if fully set forth herein.

5.

On April 5, 2022, the said Alma D. Addison and Terrance Addison, as Executors of the Last Will and Testament of Joseph Addison, conducted a non-judicial foreclosure sale of real property owned by defendant, Karen Dickerson, said property being located at 203 Mariners Way, Savannah, Georgia 31419. A true and exact copy of the foreclosure deed is attached hereto and marked as Exhibit "C".

6.

The foreclosure was conducted due to a default by the said Karen Dickerson in payment of the required installment loan payments required under the terms of a Promissory Note dated August 21, 2014 from Karen Dickerson to Joseph Addison in the principal amount of One Hundred Twenty-five Thousand and 00/100 ($125,000.00) Dollars.

7.

Catamount Properties 2018, LLC, a limited liability company, organized and existing under the laws of the State of Delaware but authorized to conduct business in the State of Georgia, was the successfully bidder at the foreclosure sale in the amount of One Hundred Eighty Thousand and 00/100 ($180,000.00) Dollars as shown in Exhibit "C" above.

8.

There were excess funds from the foreclosure sale in the amount of Forty Thousand Nine Hundred Thirteen and 13/100 ($40,913.13) Dollars.

9.

The petitioners are uncertain as to the entity or individual who is entitled to receive the excess funds. Therefore, Petitioners hereby deposit the sum of Forty Thousand Nine Hundred Thirteen and 13/100 ($40,913.13) Dollars into the Registry of the Court.

WHEREFORE, Petitioners pray as follows:

A. That Defendant and Respondents be required to file pleadings and resolve between themselves the rights of the various Respondents to the excess funds;

B. That this Court determines who is entitled to recover the excess funds;

C. That the Court enters an order discharging Petitioners and the Estate of Joseph Addison as parties to this action and from all liability in this action;

D. That the Court Orders payment of all costs and attorney's fees for bringing this action to interplead excess funds of Forty Thousand Nine Hundred Thirteen and 00/100 ($40,913.13) Dollars into the registry of this Court;

E. That this Court Order such other and further relief as it deems just and proper.

Respectfully submitted, this 12th day of June, 2022.

_____
Bonzo C. Reddick
Attorney for Petitioners
State Bar No. 597275

Post Office Box 2505
Savannah, Georgia 31402
(912)233-3922
(912)233-8182 (Fax)