IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

Alma D. Addison; Terrence Addison,

Plaintiff

vs.                                  CASE NUMBER :     CV422-145

Karen Dickerson,

Defendant

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Bonzo C. Reddick Attorney__ has deposited with the Court the sum of $ __41,257.19__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __5th__ day of __October__, __2022__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By: _____
Deputy Clerk

(Rev. 03/20)