UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALMA D. ADDISON AND TERRANCE ADDISON, EXECUTORS OF THE ESTATE OF JOSEPH ADDISON, DECEASED,<br><br>Petitioners,<br><br>v.<br><br>KAREN DICKERSON,<br><br>Defendant.<br><br>DEPARTMENT OF THE TREASURY, THE INTERNAL REVENUE SERVICE AND THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Respondents | 4:22-CV-145 |

**JOINT APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
AND FOR FINAL DISTRIBUTION OF EXCESS FUNDS**

COMES NOW, Interpleader-Respondents, the Department of the Treasury and its bureau, Internal Revenue Service ("IRS"), and the United States Department of Justice by and through the United States Attorney for the Southern District of Georgia ("DOJ"), and Petitioners through undersigned counsel, and jointly request entry of default judgment against Defendant Karen Dickerson ("Dickerson") and distribution of the excess funds in the Court Registry as follows:

1. Petitioners assert that a foreclosure sale of Dickerson's property on April 5, 2022 resulted in excess funds of $41,257.19. Doc. 19. They initiated their interpleader action on June 13, 2022. [Doc. 1.]

1

2. Through their Complaint for Interpleader, Petitioners requested that Dickerson and Respondents IRS and DOJ "be required to file pleadings and resolve between themselves the rights of the various Respondents to the excess funds" and further requested the Court to determine "who is entitled to recover the excess funds," to discharge the Petitioners from the action, to order payment of all costs and attorney's fees, and to order any further relief the Court deems appropriate. [Doc. 1.]

3. Dickerson was personally served with Petitioners' Complaint on July 20, 2022 in accordance with Fed. R. Civ. P. 4. [Doc. 9.]

4. Dickerson's response was due on or before August 11, 2022 in accordance with Fed. R. Civ. P. 12(a).

5. Respondents IRS and DOJ timely answered the Complaint and claimed the right of the IRS to the excess funds in the Petitioners' possession. [Doc. 10.]

6. On July 19, 2022, Petitioners filed a motion to deposit the excess funds into the Registry of the Court. [Doc. 7.] In their motion, Petitioners disclosed possession of an additional $344.06 in "unearned insurance premiums," bringing the total amount of funds at issue to $41,257.19. *Id.*

7. On October 4, 2022, the Court ordered the Petitioners to deposit the $41,257.19 into the registry of the Court. [Doc. 14]. Petitioners immediately complied. [Doc. 15.]

8. Petitioners and Respondents IRS and DOJ agree that that the funds at issue should be paid to the IRS due to statutory priority. [Doc. 13, ¶ II.A.]

9. Dickerson failed to timely plead or otherwise defend in response in this action, and the Clerk filed an Entry of Default against her on October 7, 2022. [Doc. 17.]

10. On October 24, 2022, Petitioners moved to be dismissed from the proceeding and discharged from liability; counsel for Petitioners further moved for an award of attorney's

fees and costs in the amount of $1,873.93. [Doc. 19 at 10, ¶ 8.][1] Respondents IRS and DOJ have no objection to said motion.

11. At no time in this proceeding has Dickerson made any sort of appearance.

12. "…[O]nce the clerk has entered a default, the moving party may then seek entry of a default judgment against the defaulting party." *Kendrick v. Bennett*, No. CV 122-045, 2022 WL 16753046, at 5 (S.D. Ga. Nov. 4, 2022) (quoting *Travelers Cas. & Sur. Co. of Am. v. E. Beach Dev., LLC*, No. 07-0347, 2007 WL 4097440, at *1 (S.D. Ala. Nov. 14, 2007).

13. Entry of a default judgment against Dickerson holding that Dickerson has forfeited any claim of entitlement to the interpleader funds is now appropriate. Fed. R. Civ. P. 55(b)(2); *Kendrick*, 2022 WL 16753046, at 5.

14. The total sum of excess funds in the Registry of the Court is $41,257.19. [Doc. 14.] Petitioners and Respondents agree that Respondent IRS is entitled to $39,383.26 and Petitioners are entitled to $1,873.93.

15. Petitioners and Respondent IRS further agree that each are entitled to interest in the same proportion as the proposed distribution of the $41,257.19 in excess funds.

WHEREFORE, Petitioners and Respondents IRS and DOJ respectfully pray:

a) That a default judgment be entered against Defendant Karen Dickerson;

b) That Defendant Dickerson be awarded no part of the excess funds;

c) That Respondent IRS be awarded $39,383.26 as distribution from the excess funds;

d) That Petitioners be awarded $1,873.93 as distribution of the excess funds;

---

[1] "Motion to be Discharged From Liability, Dismissed as a Party and for the Award of Attorney Fees and Costs."

e) That interest accrued on the excess funds in the Registry of the Court be awarded to the Petitioners and Respondent IRS in the same proportion as their proposed distribution of excess funds; and

f) That this case be closed after distribution of the Excess Funds by the Clerk.

*   *   *

Dated: December 30, 2022.

Respectfully submitted,

Attorney for IRS and DOJ:

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Mary Susan Robichaux*
Assistant United States Attorney
Georgia Bar No.787997
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Fax: (912) 652-4227
E-mail: Mary.Robichaux@usdoj.gov


Attorney for Petitioners:

*/s/ Bonzo C. Reddick*
The Law Firm of Bonzo C. Reddick, Esq.
Georgia Bar Number: 597275
Post Office Box 2505
Savannah, Georgia 31402
Telephone: (912) 233-3922
Fax: (912) 233-8182
Email: attybcreddick@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and by placing a copy in the United States mail with adequate postage attached to:

Karen Dickerson
Register Number: 23104-021
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000
Aliceville, Al  35442

                                        */s/ Mary Susan Robichaux*
                                        Assistant United States Attorney
                                        Georgia Bar No.787997