# United States District Court
## *Southern District of Georgia*
## SAVANNAH DIVISION

ALMA D. ADDISON and TERRANCE
ADDISON, EXECUTORS OF THE ESTATE
OF JOSEPH ADDISON,

       Plaintiffs,                             JUDGMENT IN A CIVIL CASE

       V.                                 CIVIL ACTION NO: 4:22-cv-145

KAREN DICKERSON; DEPARTMENT OF
THE TREASURY; THE INTERNAL
REVENUE SERVICE; and THE
DEPARTMENT OF JUSTICE,

       Defendants.

**[] Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X] Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Order dated February 22, 2023, the Plaintiff's Motion to be Discharged from Liability, dismissed as a Party, and for the Award of Attorney Fees and Costs, and the Plaintiffs' and Government Defendants' Joint Motion for Entry of Default Judgment and for Final Distribution of Excess Funds are granted. The Court hereby enters Default Judgment against Karen Dickerson, and Orders that Dickerson has no claim or entitlement to the interpleaded funds. The Court discharges Plaintiffs from liability as to the

interpleaded funds, awards Plaintiffs $1,873.93 as distribution of the excess funds for attorneys' fees and costs, and the Clerk shall disburse $1,873.93 to Plaintiffs, with payment made payable to Alma D. Addison and Terrance Addison as Executors of the Estate of Joseph Addison, Deceased. The Clerk shall disburse $39,383.26 plus all accrued interest to the IRS, with payment made payable to the Department of Treasury. This case stands closed.

_____

March 2, 2023
Date



John E. Triplett, Clerk of Court

_____
(By) Deputy Clerk